



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2022**

**United States Bankruptcy Judge**

_____

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Panda Temple Power II Intermediate Holdings II, LLC, | § § § § | Case no. 22-30810-MVL-7 |
| Debtor. | § | |

| | | |
|---|---|---|
| IN RE: | § § | |
| Panda Temple Power II, LLC, | § § § § | Case no. 22-30811-SGJ-7 |
| Debtor. | § | |

### Order Granting United States Trustee's Emergency Motion to Dismiss under 11 U.S.C. §707(a)

The Court ORDERS AS FOLLOWS:

1. This case IS DISMISSED EFFECTIVE IMMEDIATELY based on the stipulation read into the record, which is enforceable in accordance with Rule 11 of the Texas Rules of Civil Procedure and *In re Omni Video*, 60 F.3d 230 (5th Cir. 1995).

2. The parties shall submit a written stipulation consistent with the stipulation read into the record as a supplement to this Order.

3. All rights of all parties are reserved with regard to examination of fees in accordance 11 U.S.C. § 329.

4. The Court retains jurisdiction to enforce this Order, the stipulation read into the record, and any supplements to this Order.

SO ORDERED AND ADJUDGED.

### End of Order ###